HERITAGE OPERATING, L.P., d/b/a Heritage Propane, Respondent,

v.

WHISPERING OAKS RESIDENTIAL CARE FACILITY, LLC & Naren Chaganti, Appellants.

No. ED 96111.

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 18, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 22, 2011.

Application for Transfer Denied Dec. 20, 2011.

Naren Chaganti, Town & Country, MO, for Appellant.

Tracy J. Cowan, St. Louis, MO, for Respondent.

Before ROBERT G. DOWD, JR. P.J. and MARY K. HOFF and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Whispering Oaks Residential Care Facility, LLC and Naren Chaganti appeal from the dismissal of their counterclaim action against Heritage Operating L/P/ d/b/a Heritage Propane.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value nor serve any jurispru-dential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).